UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SCOTT KIMBLE, individually, and on behalf of others similarly situated,

        Plaintiffs,

-against-

OPTEON APPRAISAL, INC.

        Defendant.
--------------------------------------------------------X

No. 23 Civ. 06399 (FPG)

**PLAINTIFF'S NOTICE OF MOTION TO TRANSFER VENUE**

  **PLEASE TAKE NOTICE,** that upon the attached Declarations of Plaintiff Scott Kimble and Bruce E. Menken, Esq., the attached Memorandum of Law and all prior pleadings and proceedings in this action, Plaintiff Scott Kimble will move before the Hon. Mark W. Pedersen, United States Senior Magistrate Judge, in the Western District of New York, 100 State Street, Rochester, New York 14614, on March 14, 2024 at 9:30 AM, or on a date and time so ordered by this court, for an Order transferring this action to the United States District Court for the Northern District of Illinois: Eastern Division.

  **PLEASE TAKE FURTHER NOTICE,** that pursuant to the February 5, 2024 Text Order of this court and unless a subsequent order is entered by this court, the Defendant shall have twenty-one (21) days after service of this motion to file and serve responding papers and the Plaintiff shall have fourteen (14) days after service of the responding papers to file and serve reply papers.

                                  Respectfully Submitted,

Dated: New York, New York

      February 7, 2024

                                MENKEN SIMPSON & ROZGER LLP

                                *s/ Bruce E. Menken*

By:    Bruce E. Menken

        80 Pine Street, 33rd Floor

        New York, NY 10005

        Tel. (212) 509-1616

        Fax (212) 509-8088

        bmenken@nyemployeelaw.com

        BRYAN SCHWARTZ LAW, P.C.

        *s/Bryan Schwartz*

By:    Bryan Schwartz (Admitted Pro Hac Vice)

        180 Grand Avenue, Suite 1380

        Oakland, CA 94612

ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASS